IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,                        No. CIV S-2:10-00458-KJM-KJN

    vs.

LAWRENCE "LEE" LOOMIS, LOOMIS
WEALTH SOLUTIONS, LLC, JOHN
HAGENER, AND LISMAR FINANCIAL
SERVICES, LLC,

    Defendants.                     <u>ORDER</u>

          This matter comes before the court on defendant John Hagener's motion to stay this civil action pending resolution of the related criminal investigation. ECF 30. The Securities and Exchange Commission suggests the court clear the presently scheduled pre-trial and trial dates, allow motion practice to proceed and conduct further case management in three months. ECF 32. The parties appear to be in general agreement on the need to vacate the court's current pre-trial and trial dates in order to provide time for resolution of the pending criminal investigation. ECF 34. Defendant indicates that the parties have considered a stipulation to resolve this matter but instead decided to appear to answer any questions of the court. *Id*. at 3. After reviewing the parties' briefs, the court agrees that a continuance is appropriate.

1

1  Accordingly, the parties shall submit a joint stipulation no later than June 21, 2011, proposing a
2  date for a status conference and clearing the current pre-trial and trial dates.  If no stipulation is
3  submitted, the court will decide the motion to stay based on the submitted papers.
4       IT IS SO ORDERED.
5  DATED: June 6, 2011.

                             UNITED STATES DISTRICT JUDGE