KLAUS J. KOLB (SBN 146531)
kjklaw@sbcglobal.net
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6160
Facsimile: (916) 492-0598

Attorney for Defendant
JOHN H. HAGENER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. Civ S-10-0458 KJM KJN |
| Plaintiff, | **JOINT STIPULATION VACATING PRE-TRIAL AND TRIAL DATES AND SETTING FURTHER STATUS CONFERENCE; ORDER** |
| v. | |
| LAWRENCE "LEE" LOOMIS, LOOMIS WEALTH SOLUTIONS, LLC, JOHN HAGENER, AND LISMAR FINANCIAL SERVICES, LLC, | Date filed: February 23, 2010 |
| | Trial date: None set |
| Defendants. | **JURY TRIAL DEMANDED** |

# JOINT STIPULATION

WHEREAS Defendant JOHN H. HAGENER brought a motion to stay this civil case brought by plaintiff SECURITIES AND EXCHANGE COMMISSION ("SEC") until the companion criminal charges pending in state court are resolved;

WHEREAS the SEC and defendant LAWRENCE "LEE" LOOMIS ("LOOMIS") did not object to an order vacating the currently set pre-trial and trial dates and setting a further status conference to assess the status of potential criminal charges brought against any of the defendants in this action;

WHEREAS on June 6, 2011, this Court ordered the parties to submit a joint stipulation no later than June 21, 2011 proposing a date for a status conference and clearing the current pre-trial and trial dates;

WHEREAS for some reason none of the SEC attorneys received electronic notice of the Court's order, and the SEC attorney for whom defendant HAGENER's counsel left messages is on leave from the SEC;

NOW THEREFORE the parties to this action hereby stipulate and agree that the current pre-trial and trial dates are vacated, and that the Court shall hold a further status conference on this case on January 18, 2012, at 10:00 a.m.

**SO STIPULATED:**

Dated: June _____, 2011          ____/s/__Klaus J. Kolb_____

                                                            Klaus J. Kolb
                                                            Attorney for Defendant
                                                           John H. Hagener

Dated: June _____, 2011          _____/s/__Lawrence "Lee" Loomis___

                                                            Lawrence "Lee" Loomis
                                                           Defendant in Pro Per

**SO STIPULATED:**

Dated: June _____, 2011                              _____/s/___Mark P. Fickes_____
                                                                                    Mark P. Fickes
                                                                                    Attorney for Plaintiff
                                                                                    Securities and Exchange Commission

**ORDER**

Upon consideration of the parties' Stipulation, and for good cause shown in defendant Hagener's motion for stay and the SEC's limited opposition thereto, the Court hereby orders the pre-trial and trial date set in this case vacated, and orders a further status conference set on January 18, 2012, at 10:00 a.m.   The parties are ordered to file a joint status conference statement no later than 14 days before the further status conference date.

**IT IS SO ORDERED**.

Dated:   July 11, 2011.

_____
UNITED STATES DISTRICT JUDGE