IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiffs,                  No. CIV S-10-458 KJM KJN

    v.

LAWRENCE "LEE" LOOMIS, et al.,                ORDER

       Defendants.
_____/

        On February 13, 2013, plaintiff Securities and Exchange Commission (SEC) filed a motion for summary judgment, alleging that the defendants sold securities through material misrepresentations and engaged in a fraudulent scheme. ECF No. 64.

        Defendant Loomis, who is facing criminal charges stemming from his involvement in the sale of securities, has written to the court, asking for an extension of time to oppose the motion and for the appointment of his criminal lawyer, Assistant Federal Defender Douglas Beevers, to represent him in the civil case. ECF No. 67. The docket of the criminal case, United States v. Loomis, Cr. No. S-12-315 JAM, shows that Mr. Beevers has moved for the expansion of his appointment to include representation in this civil matter. Criminal Docket, ECF No. 74. Because the resolution of the motion pending in the criminal case will have an

1

impact on this case, the court will stay the SEC's summary judgment motion until the motion in the criminal case is resolved.

IT IS THEREFORE ORDERED that:

1. The pending motion for summary judgment is stayed until resolution of the motion for expansion filed in Cr. No. S-12-315 JAM; and

2. Defendant Loomis is directed to notify this court within fourteen days of the resolution of the motion in the criminal case.

DATED: March 11, 2013.

_____
UNITED STATES DISTRICT JUDGE