UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civ. No.  S-10-458 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| LAWRENCE LOOMIS, et al., | |
| Defendants. | |

This case was on calendar on January 23, 2014 for a status conference to discuss further scheduling of the remedies phase of this case.  John Yun appeared for the Securities and Exchange Commission ("SEC"); there was no appearance for either defendant Loomis or defendant Hagener.

On March 6, 2013, in conformance with defendant Hagener's consent, the court entered a permanent injunction against Hagener, resolving the SEC's liability allegations against him.  ECF No. 82.

On September 3, 2013, the court granted the SEC's motion for summary judgment, resolving the liability claims against defendant Loomis.  ECF No. 97.

After considering the parties' joint status report and discussing the timing of the remedies hearing with Mr. Yun, the court sets March 13, 2014 as the deadline for the SEC to file

either a remedies motion against Hagener and Loomis or a stipulation with Loomis and/or Hagener to continue the deadline for filing a remedies motion in light of a plea agreement in the criminal case.

Based on their non-appearance at this hearing, Douglas Beevers and Klaus Kolb are directed to show cause within fourteen days of the date of this order why they should not be sanctioned in the amount of $250 each.

IT IS SO ORDERED.

DATED:  February 7, 2014.

_____
UNITED STATES DISTRICT JUDGE