JINA L. CHOI (N.Y. Bar No. 2999718)
JOHN S. YUN (Cal. Bar No. 112260)
yunj@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

LAWRENCE "LEE" LOOMIS, LOOMIS WEALTH SOLUTIONS, LLC, JOHN HAGENER, AND LISMAR FINANCIAL SERVICES, LLC,

Defendants.

Case No. 2:10-cv-00458-KJM-KJN

**STIPULATION FOR ORDER TO VACATE DEADLINE FOR PLAINTIFF'S REMEDIES MOTION AGAINST DEFENDANT JOHN HAGENER**

Date: N/A
Time: N/A
Courtroom: 3

**STIPULATION TO VACATE REMEDIES MOTION DEADLINE**

By its Order dated February 10, 2014, this Court set a deadline of March 13, 2014 by which plaintiff Securities and Exchange Commission ("Commission") must either (1) file its motions for remedies against defendants Lawrence "Lee" Loomis ("Loomis") and John Hagener ("Hagener") or (2) submit a stipulation to continue the deadline for its remedies motion against Loomis and/or Hagener. Docket No. 102. On March 4, 2014, Hagner submitted his written plea agreement in the related criminal proceeding, *United States v. Lawrence Loomis*, whereby he pled

guilty to conspiracy to commit mail fraud. The Court in the criminal proceeding has set Hagener's sentencing hearing for June 10, 2014. In light of Hagener's plea agreement, counsel for the Commission and Hagener agree that the Commission should have until after Hagener's sentencing to decide what remedies it wishes to pursue against Hagener in this case. The parties therefore stipulate to entry of an order providing that:

1. The current deadline for the Commission to file its remedies motion as to Hagener will be vacated.

2. The Commission and Hagener will submit a joint status report within thirty days after entry of the final judgment of criminal conviction against Hagener in the related criminal proceeding. The joint status report will advise the Court what remedies the Commission still intends to pursue against Hagener and the parties' proposed time table for resolving any remaining remedies issues as to Hagener.

3. In the joint status report, the Commission will also advise the Court whether the Commission still intends to pursue default judgments against the entity defendants, Loomis Wealth Solutions LLC and Lismar Financial Services, LLC, and, if so, the proposed time table for filing and hearing any motions for entry of default judgments.

This stipulation does not change the current deadline for the Commission to file its remedies motion against Loomis.

Dated: March 10, 2014

SECURITIES AND EXCHANGE COMMISSION

By: *John S. Yun*
John S. Yun
Attorneys for Plaintiff
Securities and Exchange Commission

LAW OFFICES OF KLAUS J. KOLB

By: *Klaus J. Kolb*
Klaus J. Kolb
Attorney for Defendant
John Hagener

**ORDER VACATING REMEDIES MOTION DEADLINE**

Plaintiff Securities and Exchange Commission and defendant John Hagener having stipulated to entry of this Order through their counsel, and good cause appearing, the Court sets the following deadlines regarding the remedies phase of this case:

1. The current March 13, 2014 deadline for the Commission to file its remedies motion as to Hagener is hereby vacated. The current deadline for a remedies motion as to defendant Lawrence "Lee" Loomis shall remain in effect.

2. The Commission and Hagener will submit a joint status report within thirty days after entry of the final judgment of criminal conviction against Hagener in the related criminal proceeding. The joint status report will advise the Court what remedies the Commission still intends to pursue against Hagener and the parties' proposed time table for resolving any remaining remedies issues as to Hagener.

3. In the joint status report, the Commission will also advise the Court whether the Commission still intends to pursue default judgments against the entity defendants, Loomis Wealth Solutions LLC and Lismar Financial Services, LLC, and, if so, the proposed time table for filing and hearing any motions for entry of default judgments.

SO ORDERED.

Dated: March 18, 2014.
Nunc pro tunc to March 13, 2014.

UNITED STATES DISTRICT JUDGE