JINA L. CHOI (N.Y. Bar No. 2699718)
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:10-cv-00458-MCE-KJN |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL RE: DEFENDANT LISMAR FINANCIAL SERVICES, LLC** |
| LAWRENCE "LEE" LOOMIS, LOOMIS WEALTH SOLUTIONS, LLC, JOHN HAGENER, AND LISMAR FINANCIAL SERVICES, LLC, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission ("Commission") hereby voluntarily dismisses, without prejudice, its claims in the above-captioned matter against defendant Lismar Financial Services, LLC ("Lismar").   Lismar, which is currently in default, has not filed an answer or motion for summary judgment in this case.

1   Dated:  July 7, 2014                 Respectfully submitted,

2
                                         /s/ *John S. Yun*
3                                        JOHN S. YUN
                                         Attorney for Plaintiff
4                                        SECURITIES AND EXCHANGE COMMISSION

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28