1  JINA L. CHOI (N.Y. Bar No. 2699718)
   JOHN S. YUN (Cal. Bar No. 112260)
2     yunj@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
3     pendreyj@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2800
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:10-cv-00458-MCE-KJN |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL RE: DEFENDANT LOOMIS WEALTH SOLUTIONS, LLC** |
| vs. | |
| LAWRENCE "LEE" LOOMIS, LOOMIS WEALTH SOLUTIONS, LLC, JOHN HAGENER, AND LISMAR FINANCIAL SERVICES, LLC, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission ("Commission") hereby voluntarily dismisses, without prejudice, its claims in the above-captioned matter against defendant Loomis Wealth Solutions, LLC ("LWS").  LWS, which is currently in default, has not filed an answer or motion for summary judgment in this case.

| | |
|---|---|
| Dated:  July 7, 2014 | Respectfully submitted, |
| | /s/ *John S. Yun*<br>JOHN S. YUN<br>Attorney for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION |