JINA L. CHOI (N.Y. Bar No. 2699718)
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  vs.<br><br>LAWRENCE "LEE" LOOMIS, LOOMIS WEALTH SOLUTIONS, LLC, JOHN HAGENER, AND LISMAR FINANCIAL SERVICES, LLC,<br><br>      Defendants. | Case No. 2:10-cv-00458-MCE-KJN<br><br>**PLAINTIFF'S AND DEFENDANT JOHN HAGENER'S STIPULATION AND ORDER TO WITHDRAW REQUESTS FOR MONETARY RELIEF AGAINST JOHN HAGENER** |

### STIPULATION TO WITHDRAW REQUESTS FOR
### MONETARY RELIEF AGAINST DEFENDANT JOHN HAGENER

In accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission ("Commission") and defendant John Hagener ("Hagener") hereby stipulate that as to defendant Hagener only, the Commission withdraws its request for monetary relief in the form of disgorgement, as set forth in Section II of the Complaint, and for civil monetary penalties, as set forth in Section III of the Complaint. The permanent injunctions

1  previously entered by the Court on April 14, 2103 against Hagener are not affected by this

2  Stipulation, and shall remain in full force and effect.  *See* Docket No. 82.

3

4  Dated:  July 22, 2014                    Respectfully submitted,

5                          /s/ *John S. Yun*_____
                            JOHN S. YUN
6                           Attorney for Plaintiff
                            SECURITIES AND EXCHANGE COMMISSION
7

8
                            /s/ *Klaus Kolb*_____
9                           KLAUS KOLB
                            Attorney for Defendant
10                          JOHN HAGENER

11

12                      **ORDER APPROVING STIPULATION**

13       Based upon the foregoing Stipulation by counsel for plaintiff Securities and Exchange

14  Commission ("Commission") and defendant John Hagener ("Hagener"), the Court hereby

15  approves the Commission's request to withdraw, as to defendant Hagener only, its request for

16  monetary relief in the form of disgorgement, as set forth in Section II of the Complaint, and for

17  civil monetary penalties, as set forth in Section III of the Complaint.  The permanent injunctions

18  previously entered by the Court on April 14, 2103 against Hagener are not affected by this Order,

19  and shall remain in full force and effect.  *See* Docket No. 82.

20       IT IS SO ORDERED.

21  DATED:  July 30, 2014.

22
                            _____
23                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28